YOUR NAME
YOUR ADDRESS
YOUR TELEPHONE NUMBER
ALvin Hennington JR
5170 Clairmont mesa BLVD unit 4
San Diego, Ca. 92117-1465

FILED
OCT 19 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

ALvin Hennington

-v-

S.D. Harbor Police

'07 CV 2054 DMS CAB

Case No. GIC 873566
(To be assigned at time of filing)

Notice of Removal

COMPLAINT FOR (Brief description of document)

Slander, Defamation, Harrassment

Plaintiff alleges:

On April 10, 2006 the San Diego Harbor started to Harrass me at my Place of Employment, San Diego International Airport. at first to was only an investigation I think, That didn't bother me, because I All knew I was inacent. The problem started when they Follow me Home and to work. They told all my coworkers child rapist It felt like I crash Landed in Hell. I went from Having Friends and in Line for a Promotion to no Friends and Fired from my Job. I also Found out my Girl Friend of 4 years was a undercover cop.

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

B. Do you question the correctness of the Commission's "no reasonable cause" determination?

✓ Yes ___ No

C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel. I have not been to the Equal opportunity comission.

(Attach additional sheets as needed)

4. Have you talked with any attorney about handling your claim?

✓ Yes ____ No

If "YES," give the following information about each attorney with whom you talked:

Attorney: Mathew English - Attorney ~~at~~ Law

When: ____

Where: Hazard center suite 102?

How (by telephone, in person, etc.): in person

Why attorney was not employed to handle your claim: I could not afford $2,000.00 down and and $150.00 an hour

Attorney: ____

When: ____

Where: ____

How (by telephone, in person, etc.): ____

Why attorney was not employed to handle your claim:

____

____

Attorney: ____

When: ____

Where: ____

How (by telephone, in person, etc.): ____

Why attorney was not employed to handle your claim:

____

____

____

(Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim: I have called ~~League~~ A.H. Legal aid ~~the~~ california bar assosiation, AN Attorney Hotline, American civil Liberties union and ~~1800 Law USA~~ A.H. U.S.A. Law Center

6. Give any other information which supports your application for the court to appoint an attorney for you: The san Diego Police Dept. Put a fake charge on my Record ~~to~~ scare me. I can Prove it because I was in the Navy on the date in question 3 states away I cant be in two places ~~at~~ once.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: I have Had no Attorneys in the past 10 years except for my Devorce ~~attory~~ AH Attorney in michigan Her name was

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

A. Employment

Are you employed now? ___ yes ✓ no ___ am self-employed

Name and address of employer: The defendants got me fired From my Job, in ~~order~~ stop me From paying for an Attorney and so I would drop my case

If employed, how much do you earn per month? $1300 mo. Gross

If not employed, give month and year of last employment: April 2007

How much did you earn per month in your last employment? 1300 mo. Gross

If married, is your spouse employed? ___ yes ✓ no

If "YES," how much does your spouse earn per month? ______

If you are a minor under age 21, what is your parents' or guardians' approximate monthly income? ______

B. Assets

(i) Other Income

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? ✓ yes ___ no

If "YES," give the amount received and identify the sources:

$ Received Source

20% disability From the Navy $205.00 mo.

Uniemployment $800.00 mo. Gross

(Attach additional sheets as necessary)

(ii) Cash

Have you any cash on hand or money in savings or checking accounts? ___ yes ✓ no

If "YES," state total amount: ______________________________

(iii) Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes ✓ no

If "YES," give value and describe it:

Value Description

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

C. Obligations and Debts

(i) Dependents

Your marital state is: ___ single ___ married ✓ widowed, separated or divorced.

Your total number of dependents is : ______________________________

List those person you actually support, your relationship to them, and your monthly contribution to their support:

Name/Relationship Monthly Support Payment

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

(ii) Debts and Monthly Bills

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
| --- | --- | --- |

Rent: $500.00 mo. Moms House

Mortgage on Home: I don't own a Home

Others: Cell Phone $50.00 month total Debt $100.00

9. Signature

I declare under penalty of perjury that the above is true and correct.

Dated: Oct. 17, 2007

Alvin Hemingway

Signature

(Notarization is not required)

San Diego Superior Court

## View Party Name Matches

Select the Case Number below if you would like to see case details. If you did not see the case you were looking for, select the Browser back arrow or 'Return to Previous Page' button below to go to the previous screen and modify your selection criteria. Otherwise, you can choose the 'New Name Search' option highlighted below to start a new name search.

**Last Name requested:** ***HENNINGTON*****, First Name requested:** ***ALVIN*****, Case Type requested:** ***Unknown-All*** **Search Result Page:** *1*

| Sealed | Case Number | Party Name Matches | Opposing Party | Case Site | Case Type | Date Filed |
|---|---|---|---|---|---|---|
| | DF016753 | HENNINGTON, ALVIN | ERICKSON, TINA MICHELLE | San Diego | Domestic | 04/26/1996 |
| | GIC873566 | HENNINGTON, ALVIN JR | PORT OF SAN DIEGO | San Diego | Civil | 10/06/2006 |

Return to Previous Page

New Name Party Search

Return to Court Index System Menu

982.1(1)

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Alvin Hennington JR
5170 Clairmont mesa #4
San Diego 92117
TELEPHONE NO: (858) 232-5006 FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*

FOR COURT USE ONLY

FILED
CIVIL BUSINESS OFFICE
2006 OCT -5 P 1:23
SAN DIEGO COUNTY, CA

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
- [x] HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
- [ ] NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
- [ ] EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
- [ ] RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
- [ ] SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

PLAINTIFF: Alvin Hennington JR.

DEFENDANT: S.D. Harbor police
S.D. Regional AirPort Athorithy
Port of San Diego

[x] DOES 1 TO 3

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

[ ] **AMENDED *(Number)*:**

**Type *(check all that apply)*:**
- [ ] **MOTOR VEHICLE**
- [x] **OTHER *(specify)*:** Slander, Harassment Defamation, mental Anguish, and Stress
- [ ] **Property Damage**
- [ ] **Wrongful Death**
- [x] **Personal Injury**
- [ ] **Other Damages *(specify)*:**

**Jurisdiction *(check all that apply)*:**
- [ ] **ACTION IS A LIMITED CIVIL CASE**
  - **Amount demanded** [ ] **does not exceed $10,000**
  - [ ] **exceeds $10,000, but does not exceed $25,000**
- [x] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
- [ ] **ACTION IS RECLASSIFIED by this amended complaint**
  - [x] **from limited to unlimited**
  - [ ] **from unlimited to limited**

CASE NUMBER: GIC 873566

1. **Plaintiff** *(name or names)*: ALvin Hennington JR.

alleges causes of action against **defendant** *(name or names)*: S.D. Harbor Police S.D. Regional AirPort Athority and ~~San Diego~~ ass. Port of San Diego

2. This pleading, including attachments and exhibits, consists of the following number of pages: 2

3. Each plaintiff named above is a competent adult

a. [x] **except** plaintiff *(name)*: ~~Alvin Hennington JR.~~ ass.
   - (1) [ ] a corporation qualified to do business in California
   - (2) [ ] an unincorporated entity *(describe)*:
   - (3) [ ] a public entity *(describe)*:
   - (4) [ ] a minor [ ] an adult
     - (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
     - (b) [ ] other *(specify)*:
   - (5) [ ] other *(specify)*:

b. [ ] **except** plaintiff *(name)*:
   - (1) [ ] a corporation qualified to do business in California
   - (2) [ ] an unincorporated entity *(describe)*:
   - (3) [ ] a public entity *(describe)*:
   - (4) [ ] a minor [ ] an adult
     - (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
     - (b) [ ] other *(specify)*:
   - (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| SHORT TITLE: | CASE NUMBER: GIC 873566 |
|---|---|

4. ☐ Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
a. ☒ **except** defendant *(name):*
(1) ☒ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity *(describe):*
(4) ☐ a public entity *(describe):*
(5) ☐ other *(specify):*

b. ☐ **except** defendant *(name):*
(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity *(describe):*
(4) ☐ a public entity *(describe):*
(5) ☒ other *(specify):*
San Diego Harbor Police

c. ☒ **except** defendant *(name):*
(1) ☒ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity *(describe):*
(4) ☐ a public entity *(describe):*
(5) ☐ other *(specify):*

d. ☐ **except** defendant *(name):*
(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity *(describe):*
(4) ☐ a public entity *(describe):*
(5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
a. ☐ Doe defendants *(specify Doe numbers):* ______________ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
b. ☐ Doe defendants *(specify Doe numbers):* ______________ are persons whose capacities are unknown to plaintiff.

7. ☑ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*
S.D. Harbor Police
S.D Regional AIRPort athority
Port of San Diego

8. This court is the proper court because
a. ☐ at least one defendant now resides in its jurisdictional area.
b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
d. ☐ other *(specify):*

9. ☑ Plaintiff is required to comply with a claims statute, **and**
a. ☑ has complied with applicable claims statutes, **or**
b. ☐ is excused from complying because *(specify):*

982.1(1)

| SHORT TITLE: | CASE NUMBER: GIC 873566 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☑ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☑ Other *(specify)*: Defamation of character slander, Harassment, mental anguish and stress, Racial Profiling, violation of Persons with Disabilities act.

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify)*: slander, Defamation of character, mental Anguish, Racial profiling, violation of Person with Disabilities act.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

Yes

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☐ according to proof
      (2) ☑ in the amount of: $ 25 000,000.00 twentyfive million Dollars

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 10-6-06

~~Alvin~~ Alvin Hennington JR. (TYPE OR PRINT NAME)

Alvin Hennington Jr (SIGNATURE OF PLAINTIFF OR ATTORNEY)

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:
ALvin Hennington JR.
5170 Clairmont mesa #4
San Diego, Ca. 92117

TELEPHONE NO. *(Optional)*: (858) 232-5006 FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: IN Pro Per

*FOR COURT USE ONLY*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☑ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92083-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

PLAINTIFF(S): ALvin Hennington JR.

DEFENDANT(S): Port of San Diego

JUDGE: William R. Nevitt JR.

DEPT: 64

**CERTIFICATE OF SERVICE**
**(San Diego Superior Court Rules, Division II, Rule 2.5)**

CASE NUMBER: GIC 873566

SEP 17 07 PM 1:52

I certify under penalty of perjury under the laws of the State of California that all defendants named in the complaint of the above-entitled case have either made a general appearance or have been properly and timely served in compliance with San Diego Superior Court Rules, Division II, Rule 2.5.

Date: Sept. 17, 2007

Alvin Hennington Jr.
Signature

ALvin Hennington JR.
Typed or printed name

NOTES: Civil Subpoena (Duces Tecum)

If service cannot be effected on all defendants within 60 days of filing the complaint, DO NOT USE THIS CERTIFICATE, but file the form CERTIFICATE OF PROGRESS (SDSC CIV-144) stating the reasons why service has not been effected on all parties and what is being done to effect service.

THE FILING OF A GENERAL APPEARANCE BY A DEFENDANT DOES NOT DISPENSE WITH THE PLAINTIFF'S OBLIGATION TO FILE THIS DOCUMENT.

MC-031

| PLAINTIFF/PETITIONER: Alvin Hennington JR. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: S.D. Harbor Police S.D. Regional Airport Authority Port of S.D. | GIC 873566 |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

also I endured countless sleepless nites, stress, loss of appetite, lack of friends because ~~the~~ airport where I worked is very close nit, everybody knows Everybody either by name or face or by both. I already had a hard time both making friends and getting promoted because I am disabled, I studder and repeat words as part of my condition. But after my Bosses, coworkers and Friends hear that I am a child molester. Even though it is not true. People will wonder am I guilty and just got away? only because this info. came from the San Diego Harbor Police, San Diego Regional Aiport ~~[illegible]~~ Auth. Authority who are all under contract by the Port of San Diego. not mentioning the Employees that work for ~~the~~ port that were involved in the harrassment, Defamation of character and 3rd Right character assasignation. I only wish they would Have done the D.N.A test ~~first~~ instead of telling everyone I was Guilty, Before they had all the FACTS,

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

ALvin Hennington JR. (TYPE OR PRINT NAME) — Alvin Hennington Jr (SIGNATURE OF DECLARANT)

☑ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify)*:

**MC-030**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| ALvin Hennington JR.<br>5170 Clairmont mesa BLVD unit 4<br>San Diego, Ca. 92117<br>TELEPHONE NO.: (858) 232-5006 FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: IN PRO Per | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**<br>☑ HALL OF JUSTICE, 330 W BROADWAY, SAN DIEGO, CA 92101-3827<br>☐ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92101-3105<br>☐ KEARNY MESA BRANCH, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123-1187<br>☐ FAMILY COURT, 1555 6TH AVE., SAN DIEGO, CA 92101-3294<br>☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6651<br>☐ EAST COUNTY DIVISION, 250 E. MAIN, EL CAJON, CA 92020-3941<br>☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200<br>☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649 | |
| PLAINTIFF/PETITIONER: ALvin Hennington JR.<br>DEFENDANT/RESPONDENT: S.D Harbor Police, S.D Regional Aiport Authority, Port of S.D. | |
| **DECLARATION** | CASE NUMBER:<br>GIC873566 |

on april 10th 2006 the san Diego Harbor Police Started to harrass me at my Place of Employmen[t] San Diego international Airport. The told all of my co-workers I was a child rapist and was going to be arrested any day because they had a witness. [T]he also told this story to my boss and supervisor. [T]he Police and San Diego Regional airport authority then [b]egan Following me all over. They would also try [a]nd Scare me, by saying we will go easy on you if you [c]onfess. only one problem, I was not guilty. They then [r]an around grabbing my salad Forks and cups and told me [th]ey have D.N.A. It was not a match and the witness ~~[illegible]~~ [illegible] [...]ed they seen found out. But my Reputation was ~~[illegible]~~ [illegible] trashed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

ALvin Hennington Jr. — (TYPE OR PRINT NAME)

Alvin Hennington — (SIGNATURE OF DECLARANT)

☑ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify)*:

Ex Parte Application for complaint.

case nunber: GIC 873566

charges: Conflict of intrest, Milicious prosicution, misuse of Judicial ~~Privlage~~ Att. Privaligde and Power

I Filed a ~~Civil~~ Att. case against S.D. Harbor Police, San Diego Regional Airport Authority and The Port of San Diego AND The Dept. of Homeland security.

Aledging Harrassment, Slander, Defamation and mental Anguish and stress. this cival complaint was Filed Oct. 6, 2006 in the Superior court of california county of San Diego, Central Court House 330 W. Broadway San Diego, ca. 92101 Dept. 64 Judge William R. Nevitt JR. presiding.

The Port of San Diego Defaulted

I Filed a Request For Entry of Default (6 times) and they Found various Reasons to Deny it, a clerk in the Bussiness office Put my case on the internet and Another called me a Pinche Myota she spoke AH. spanish to me saying no AH. Fucking nigger Deserves that much money I happen to under stand Broaken spanish Because of my class in college I told the SuperVisor he said I didnt know what I was talking about and the Judge Said He did not Beleave me. I Later Found out why, I Found out the Judge and all the Attorneys For the defendants were working together against me. I don't know if the Judge took a bribe or not but I know that, He ordered every complaint I stated in open court stricken from the Record including when I told him the defendants went to my BOSS, Either I go or they would lose there contract at the Airport, So my Boss Fired me. I think they are all corrupt. Please I Need Help.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

FILED
OCT 19 2007
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Alvin Hennington JR.

**DEFENDANTS** Port of San Diego

(b) County of Residence of First Listed Plaintiff San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

case# GIC 873566

County of Residence of First Listed Defendant San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) Alvin Hennington 5170 Clairmont mesa BLVD unit 4 San Diego, Ca. 92117 [Inproper]

Attorneys (If Known) '07 CV 2054 DMS CAB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☑ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☑ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☑ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): San Diego, Ca. FRCP 60(b)(3)
Brief description of cause: Slander, Defamation, Harassment, intimidation.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 25,500,378.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE Oct. 12, 2007
SIGNATURE OF ATTORNEY OF RECORD Alvin Hennington / Inproper

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______