SHORT TITLE: ALvin Hennington JR, V.S. Port of San Diego S.D. Harbor Police S.D. Regional AirPort Authority

CASE NUMBER: 07 CV 2054 DMS CAB

**NUNC PRO TUNC**

JAN 10 2008

08 JAN 22 PM 4:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

AMericans with Disabilities act. of 1990 (ADA) Short title, see 42 USCA § 12101 note. Pub.L. 101-336, July 26, 1990, 104 stat. 327 (29 § 706; 42 § § 12101, 12101 Note, 12102, 12111, 12111, note, 12112 to 12117, 12131, note, 12132 to 12134, 12141, 12141 note, 12142 to 12150, 12161, 12161 Note, 12162 to 12165, 12181, 12181 note, 12182 to 12189, 12201 to 12213; 47 § § 152, 221, 225, 611) Pub.L. 102-166, title I § 109(a), (b)(2), Title III § 315, Nov. 21, 1991, 105 stat. 1077; ADults with Disabilities 29 § 701 NT; EO n 13078 13172 Privacy Protection Civil liberties Protection officer, 50 § 403-3d. Privacy Protection act of 1980 42 USCA § 2000aa Note Pub.L. 96-440, oct. 13, 1980, 94 Stat. 1879 (42 § 2000aa, 2000aa-5 to 2000aa-7, 2000aa 11, 2000aa 12) Pub.L. 104-208, Div. A, Title I and 101(a) Title I, § 121 subsection 6] sept. 30, 1996, 110 Stat. 3009-30 [42 § 2000aa] Postal Service [Title 39] Pub.L. 86-682 § 1, Sept. 2, 1960, 74 stat. 578, as Revised and Reenacted by Pub.L. 91-375, § 2, Aug. 12, 1970, 84 stat. 719 (39 and 101 et seq.] Process, interception of wire, oral or electronic comunications 50 and 1806 Racial ProFiling Highways and roads, Law enForcement, Prohibiting, Grants 23 § 402 nt. (18 § 245]

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers): HAte CrIMe

This page may be used with any Judicial Council form or any other paper filed with the court. Page ______



Alvin Hennington Jr.