# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
08 APR -8 PM 12: 15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Sabraw
FROM: J. Paris, Deputy Clerk RECEIVED DATE: 4/4/08
CASE NO.: 07cv2054 DOCUMENT FILED BY: A. Henningto
CASE TITLE: Hennington v. San Diego et al.
DOCUMENT ENTITLED: Declaration

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER:Case Closed |

**Date forwarded:** 4/4/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Sabraw

Dated: 4/7/08 By: mm

cc: All Parties

REJECTED

# Ex-Parte

United States District Court Southern District of California

Plaintiff: Alvin Henningtonjr.

Defendants: San Diego Harbor Police, San Diego Regional Airport Authority, Port of San Diego, Dept. of Homeland Security

07CV2054 DMS CAB
case# GIC873566
Presiding Judge Houston

Request to cancel/or Vacate Dissmissal AND Reinstate Default

Reasons: Forgery, Malisious Prosecution, conflict of Interist 28§2680 §18§1361, 1362, 1363 §3050 AGents, AGencies, officers and Employees of Government 18§205, 216, 44 §3549 Defendants were in Conflict of Interist As of Jan. 2007 when They moved into my complex