**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2008 JUL -9 AM 11:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE ____________
FROM: ____________, Deputy Clerk RECEIVED DATE: 7/8/08
CASE NO.: 07cv 2054 DMS(CAB) DOCUMENT FILED BY: Plaintiff
CASE TITLE: Hennington v. S.D. Harbor Police
DOCUMENT ENTITLED: Request for Reinstatement

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☒ | 5.1.j.5 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3.c | Document illegible or submitted on thermal facsimile paper |
| ☐ | 7.1.e or 47.1.b.1 | Date noticed for hearing not in compliance with rules |
| ☒ | 7.1.f or 47.1.b.3 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1.h or 47.1.e | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1.h | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Default Judgment in sum certain includes calculated intrest |
| ☒ | | OTHER: Case closed |

**Date forwarded:** 7/8/08

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document returned to pro se or inmate? ☒ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1.

CHAMBERS OF: Judge Sabraw

Dated: 7/8/08 By: mm

cc: All Parties

REJECTED

MC-025

| SHORT TITLE: | CASE NUMBER: |
| --- | --- |
| | |

**ATTACHMENT** *(Number)*: ______________ Page _____ of _____

*(This Attachment may be used with any Judicial Council form.)* *(Add pages as required)*

United States District Court

Southern District of California

Ex-parte Application

To The Honorable

Judge John A. Houston

Urgent Request

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*